## UNITED STATES of America, Plaintiff–Appellee,

v.

## Juan BARRIGA–CABRERA, Defendant–Appellant.

### No. 09–10298.

United States Court of Appeals, Ninth Circuit.

---

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Grant Fondo, Office of the U.S. Attorney, San Jose, CA, for Plaintiff-Appellee.

Manuel Urquidez Araujo, Assistant Federal Public Defender, Federal Public Defender's Office, San Jose, CA, for Defendant-Appellant.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Juan Barriga-Cabrera appeals from the below the Guidelines, 60-month sentence, imposed following his conviction for illegal reentry, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Barriga-Cabrera contends that the district court procedurally erred by failing to calculate the applicable advisory Guidelines range. He also contends that the district court erred in failing to adequately address his argument that the 16-point enhancement under U.S.S.G. § 2L1.2(b)(1)(a) lacks any considered rationale or empirical basis. The record reflects that the district court provided a reasoned sentencing explanation and did not otherwise procedurally err. *See United ed States v. Carty*, 520 F.3d 984, 991-95 (9th Cir.2008) (en banc); *see also United*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

---

*States v. Amezcua–Vasquez*, 567 F.3d 1050, 1053-54 (9th Cir.2009).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.